IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBIN EASON, | * |
| Plaintiff, | * |
| v. | Case No.7:24-cv-2 (WLS) |
| | * |
| PUBLIX SUPER MARKETS, INC., et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 14th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk